Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:09-mj-00260-YNP |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; AND |
| | ) | ORDER THEREON |
| v. | ) | |
| | ) | |
| MATTHEW T. LANGSDALE, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: February 28, 2010                                        NATIONAL PARK SERVICE


                                                                /S/ Susan St. Vincent
                                                                Susan St. Vincent
                                                                Acting Legal Officer


**ORDER**

IT IS SO ORDERED:

Dated:  March 15, 2010                                  /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE

1